UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE JUAN SILVA, | Case No. CV 05-01293-MMM(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| CHARLES HARRISON, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is **granted**, and respondent is directed to release petitioner from custody unless the State of California commences a new trial within sixty (60) days from the date of entry of judgment.

Dated: January 22, 2010

_____
Margaret M. Morrow
United States District Judge